PS8 - D/UT 02/19

# UNITED STATES PROBATION OFFICE
## FOR THE DISTRICT OF UTAH

### Request and Order to Amend Conditions of Pretrial Release

*FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH — AUG 08 2019 — BY D. MARY JONES, DEPUTY CLERK*

Name of Defendant: Elet Neilson

Docket Number: 1:17CR00043-001

Name of Judicial Officer:   Honorable Dee Benson
Senior U.S. District Judge

Date of Release:   August 16, 2017

---

## PETITIONING THE COURT

To amend the conditions of pretrial release as follows: Remove the condition placing the defendant on a sobrietor.

---

## CAUSE

On November 15, 2018, the defendant appeared before Your Honor to answer for a pretrial release violation. The Court ordered the defendant released on the previously set conditions along with adding three conditions: no contact with victims, witnesses, codefendants; no alcohol; and placement on a sobrietor. To date, the defendant has been compliant with this condition, therefore, this officer is requesting the condition for the sobrietor be removed.

I declare under penalty of perjury that the foregoing is true and correct.

By   Annie Carr
U.S. Pretrial Services Office
Date:  August 8, 2019

---

**THE COURT ORDERS:**

☐ No action
☐ Other: _____
☑ That the conditions or pretrial release be amended as outlined above

Honorable Paul M. Warner
Chief U.S. Magistrate Judge

Date: 8 August 2019